UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBERTO ALMONTA TEJADA,<br><br>                              Plaintiff,<br><br>         -against-<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>                              Defendants. | 24-CV-4852 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

    On September 30, 2024, the Court received a voicemail from Plaintiff requesting that the Court hold a hearing. Plaintiff's application is denied. However, as stated in ECF No. 17, the parties are ORDERED to confer regarding their willingness to consent to conduct all further proceedings before Magistrate Judge Moses.

    If both parties consent to proceed before Judge Moses, counsel for the Defendants must, by no later than **October 29, 2024**, submit a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge). *Id*.

    If either party does not consent to conducting all further proceedings before Judge Moses, the parties must file a joint letter, **no later than October 29, 2024**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**. At that time, the Court will then refer this case to Judge Moses for a report and recommendation on any motion for judgment on the pleadings. The parties are free to withhold consent to conducting all further proceedings before Judge Moses without negative consequences.

The briefing schedule stated in ECF No. 17 remains in place.

Dated: September 30, 2024
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge