```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| REBERTO ALMONTA TEJADA,<br><br>Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | 24-CV-4852 (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

The parties in this case have consented to the jurisdiction of the undersigned magistrate judge for all purposes, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. (Dkt. 27.) Now before the Court is plaintiff Reberto Almonta Tejada's Application for the Court to Request Pro Bono Counsel, dated June 20, 2024. (Dkt. 6.) The motion is GRANTED to the extent that plaintiff is instructed to contact attorney **Ann Biddle** of the Urban Justice Center, who may be able to assist plaintiff. Attorney Biddle can be reached at **(646) 602-5671** or ABiddle@urbanjustice.org.

In light of plaintiff's pro se status, and to assist in his efforts to retain pro bono counsel, defendant's motion to dismiss (Dkt. 28) is hereby STAYED until **December 12, 2024**. No later than **December 12, 2024**, defendant must file a status letter (after consulting with plaintiff if possible), advising the Court whether it has been contacted by Ms. Biddle, and, if necessary, proposing a briefing schedule for plaintiff's opposition to the motion to dismiss.

The Clerk of Court is respectfully directed to close the motion at Dkt. 6.

Dated: New York, New York
       November 8, 2024            **SO ORDERED.**

                                   _____
                                   **BARBARA MOSES**
                                   **United States Magistrate Judge**