```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REBERTO TEJADA,

        Plaintiff,

  -against-

COMMISSIONER OF SOCIAL SECURITY, et al.,

        Defendants.

24-CV-4852 (BCM)

**ORDER OF DISMISSAL**

**BARBARA MOSES, United States Magistrate Judge.**

    By Notice of Motion dated March 10 and filed March 11, 2025, pro se plaintiff Reberto Tejada asked the Court to close this case. (Dkt. 47.) By Order dated March 13, 2025, I construed the motion as a request to dismiss this action made pursuant to Fed. R. Civ. P. 41(a)(2), which permits dismissal at the plaintiff's request, "on terms that the court considers proper." (Dkt. 49 at 2), and gave the Commissioner until March 18, 2025 to file any response to the motion. (*Id.*) No response was submitted. Consequently, the Court hereby GRANTS plaintiff's motion and DISMISSES this action without prejudice.

    The Clerk of Court is respectfully directed to close the motion at Dkt. 47 and terminate this case.

Dated: New York, New York
       March 20, 2025        **SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**